COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   +1 858 550 6000
Facsimile:   +1 858 550 6420

*Attorneys for Defendants Allbirds, Inc., Joseph Zwillinger, Timothy Brown, Michael Bufano, Neil Blumenthal, Dick Boyce, Mandy Fields, Nancy Green, Dan Levitan, and Emily Weiss*

[Additional counsel on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QU JINGHUA and YAU NOI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>ALLBIRDS, INC., JOSEPH ZWILLINGER, TIMOTHY BROWN, MICHAEL BUFANO, NEIL BLUMENTHAL, DICK BOYCE, MANDY FIELDS, NANCY GREEN, DAN LEVITAN, EMILY WEISS, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., ROBERT W. BAIRD & CO., WILLIAM BLAIR & COMPANY, L.L.C., PIPER SANDLER & CO., COWEN AND COMPANY, LLC, GUGGENHEIM SECURITIES, LLC, KEYBANC CAPITAL MARKETS INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TELSEY ADVISOR GROUP LLC, C.L. KING & ASSOCIATES, INC., DREXEL HAMILTON, LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, SAMUEL A. RAMIREZ & COMPANY, INC., and SIEBERT WILLIAMS SHANK & CO., LLC,<br><br>Defendants. | Case No. 3:23-cv-01811-AMO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>Dept:   Crt. Rm. 10<br>Judge:  Hon. Araceli Martínez-Olguín<br>Trial Date: TBA<br>Date Action Filed: April 13, 2023<br><br>**\*As Modified by the Court\*** |

Defendants Allbirds, Inc., Joseph Zwillinger, Timothy Brown, Michael Bufano, Neil Blumenthal, Dick Boyce, Mandy Fields, Nancy Green, Dan Levitan, and Emily Weiss (collectively, "Allbirds Defendants"), Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Robert W. Baird & Co., William Blair & Company, L.L.C, Piper Sandler & Co., Cowen and Company, LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, Telsey Advisory Group LLC, Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., and Siebert Williams Shank & Co. LLC (collectively, "Underwriter Defendants," and together with the Allbirds Defendants, the "Defendants"), and Lead Plaintiffs Qu Jinghua and Yan Noi ("Plaintiffs," and together with Defendants, the "Parties"), by and through their undersigned counsel, jointly stipulate and agree as follows:

WHEREAS, on September 15, 2023, Plaintiffs filed a Consolidated Amended Complaint for Violations of Federal Securities Law (Dkt. 52);

WHEREAS, on November 3, 2023, Defendants filed a Motion to Dismiss Plaintiffs' Consolidated Amended Complaint for Violations of Federal Securities Laws ("Motion to Dismiss") (Dkt. 64);

WHEREAS, on May 10, 2024, the Court issued an order granting Defendants' Motion to Dismiss, and granting Plaintiffs leave file a second amended complaint within 30 days of the Order, and a chart with the information required by Paragraph J of the Court's Standing Order for Civil Cases fourteen (14) days thereafter (Dkt. 86);

WHEREAS, the Parties have met and conferred regarding a schedule for the filing of a second amended complaint and for briefing Defendants' anticipated motion to dismiss, and in consideration of the anticipated length and complexity of the issues (which informed the prior page limits and briefing schedule), as well as prior work and travel commitments over the next several months, the Parties believe good cause exists for the proposed page limits and briefing schedule detailed below.

NOW, THEREFORE, the Parties by and through their undersigned counsel hereby agree and stipulate, and respectfully request that the Court order as follows:

1. Plaintiffs shall file a second amended complaint and a chart containing the information

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

STIPULATION AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
3:23-cv-01811-AMO

1. required by Paragraph J of the Court's Standing Order for Civil Cases on or before June 24, 2024;

2. Defendants shall file a motion to dismiss not to exceed ~~40~~ **30** pages, and a chart containing the information required by Paragraph J of the Court's Standing Order for Civil Cases, on or before August 8, 2024;

3. Plaintiffs shall file an opposition brief not to exceed ~~40~~ **30** pages on or before September 23, 2024; and

4. Defendants shall file a reply brief not to exceed ~~20~~ **15** pages on or before October 23, 2024.

Dated: May 22, 2024

COOLEY LLP

By: /s/ *Ryan E. Blair*
     Ryan E. Blair

*Attorneys for Defendants Allbirds, Inc., Joseph Zwillinger, Timothy Brown, Michael Bufano, Neil Blumenthal, Dick Boyce, Mandy Fields, Nancy Green, Dan Levitan, and Emily Weiss*

Dated: May 22, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Mark R.S. Foster*
Virginia Milstead (234578)
virginia.milstead@skadden.com
300 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 687 5000
Facsimile: +1 213 687 5600

Mark R.S. Foster (223682)
mark.foster@skadden.com
525 University Avenue
Palo Alto, CA 94301
Telephone: +1 650 470 4500
Facsimile: +1 650 470 4570

Scott D. Musoff (*Pro Hac Vice*)
scott.musoff@skadden.com

**IT IS SO ORDERED AS MODIFIED**
*Judge Araceli Martinez-Olguin*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | | One Manhattan West |
| 2 | | New York, NY 10001-8602 |
| | | Telephone: +1 212 735 3000 |
| 3 | | Facsimile: +1 212 735 2000 |
| 4 | | *Attorneys For Defendants Morgan Stanley &* |
| 5 | | *Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Robert W. Baird & Co.,* |
| 6 | | *William Blair & Company, L.L.C., Piper Sandler & Co., Cowen and Company, LLC,* |
| 7 | | *Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, Telsey Advisory* |
| 8 | | *Group LLC, Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., Siebert* |
| 9 | | *Williams Shank & Co. LLC* |
| 10 | Dated: May 22, 2024 | POMERANTZ LLP |
| 11 | | |
| | | By: /s/ *Tamar A. Weinrib* |
| 12 | | Jeremy A. Lieberman |
| 13 | | Tamar A. Weinrib (*pro hac vice*) |
| | | jalieberman@pomlaw.com |
| 14 | | taweinrib@pomlaw.com |
| 15 | | 600 Third Avenue, 20th floor |
| | | New York, New York 10016 |
| 16 | | Telephone: +1 212 661 1100 |
| 17 | | Jennifer Pafiti (282790) |
| | | jpafiti@pomlaw.com |
| 18 | | 1100 Glendon Avenue, 15th Floor |
| | | Los Angeles, California 90024 |
| 19 | | Telephone: +1 310 405 7190 |
| 20 | | *Lead Counsel for Lead Plaintiffs* |
| 21 | | |
| | | HAO LAW FIRM |
| 22 | | Junbo Hao |
| | | jhao@haolaw.cn |
| 23 | | Room 3-401 No. 2 Building, No. 1 |
| 24 | | Shuangliubei Street 100024 Beijing |
| | | People's Republic of China |
| 25 | | Telephone: +86 137-1805-2888 |
| 26 | | *Additional Counsel for Lead Plaintiffs* |
| 27 | | |
| 28 | | |

**ATTESTION PURSUANT TO L.R. 5-1(h)(3)**

I hereby attest that all signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

By: /s/ *Ryan E. Blair*
Ryan E. Blair